UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIA

PENSACOLA, DIVISION

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2008 AUG 12  AM 11: 54

FILED

SIDNEY MARTS                    CIVIL No: 3:08cv336/RV/MD

    PLAINTIFF,

    VS,                         JURY TRIAL DEMAND

SHERIFF, RON McNESBY,

BRENDA CHROMIAK, MAIN

JAIL FACILITY COMMANDER

ARMOR CORRECTIONAL HEALTH, INC, AND HEAD-CHIEF

NURSE JANE DOE / TRINITY FOOD SERVICES, INC, JOHN DOE

STOCKHOLDERS, CORPORATE OWNERS, / ESCAMBIA COUNTY

    DEFENDANTS                        /

## INTRODUCTION

This is a civil Rights complaint against the
aforementioned defendents.

## I

## CLAIMS

CONSPiracy with CRIMINAL intent to commit Genocibe
And deprive incarcercted African American Equal Protection
of Law and due Process of law through a traditional
operational function that violates U.S.C.A. 8TH, 9TH,
14TH, (Public Health Laws and Federal Conspiracy Provisions
(cite unavailable) PRODUCTS Liability laws (unavailable)

SUPPORTING FACTS:

1. Plaintiff, Sidney MARTS, AN AFRICAN AMERICAN is medically diagnosed with Chronic Hypertension

2. The Plaintiff is diagnosed with chronic cardiac health problems that is mainly hereditary, and partially caused by Polysubstance Abuse.

3. Plaintiff, alleges he medically suffers with hypoglycemia low blood sugar level that is potentially caused by hypertension, and Polysubstance Abuse.

4. The Plaintiff alleges hypertension and hypoglycemia creates a serious imminent, health hazard to his kidneys heart, brain and other vital physical body parts.

5. Plaintiff alleges that hypertension is the leading cause of death in African Americans.

6. Plaintiff, alleges defendants Sheriff Ron McNesby, Escambia County Municipality, Trinity Food Services, Inc., ARMOR Correctional Health, Inc., JANE DOE HEAD NURSE, BRENDA CHROMIAK, JOHN DOE STOCKHOLDERS, CORPORATE OWNERS, MAINTAINS A Constitutional obligation to assure Prisoners Adequate Medical care through Medical Services, Food Services and commissary items.

7. Defendants are allocated Federal and State money for maintenance of Health Care, etc, of its Prisoners.

8. Plaintiff alleges defendants Ron McNesby, Escambia County Armor Correctional Health, Inc., and chief Nurse JANE DOE

2

breached their on-going duty on or about June 10, 2008,
through A Policy of Protice that Prohibits Hemoglobin A-1-c-
- tests to determine dibectic level.

9. Plaintiff alleges Nurse Jane Due on August 10, 2008
on behalf of operation discontinued him from daily Accu-checks.
(A) The discontinuction was made without a medical
determinction of Amount of sugar build up in walls of viens
for a finding of Pancrecs state of Activity or inactivity
of sugar level for Production of insulin.

(B) Defendents deliberate demonstrative evidence indicetes
A total wreckless disregard to A serious medical need,
that subjects him to imminent danger of cardioc Arrest,
nausea, light headness, Kidney demage, seizures,

(c) Plaintiffs alleges defendent decision compells him
to rely on commissery items for consumption to increase
sugar level, that creates A Lazy Pancrecs and eventvelly
insulin dependent due to no medical care.

10. Plaintiff alleges defendants, Ron McNesby, Trinity
Food Servicee, Inc., Armor Correchanel Health, Inc, breached
duty owed to Prisoner with Service of food substence high
in complex carboyhidretes, very low in Protein if Any, that
crectes increese in weight Amongst African Americans, which
Attributes to hypertensions, dibetics, cardiac failure, kidney
Malfunctions, etc.

(A) The food served here are high in ssdivm and

3

complete starch, which demonstrates a total wreckless disregard for health of African Americans herein.

(B) African Americans make up at least Ninety (90) percent of Main jail population.

(c) Plaintiff alleges Defendant Trinity food service in furtherance of operation maintains "Sale" of commissary items that is high in Starch and sodium that puts the African American inmate in total risk of imminent danger of serious physical injury.

11. Defendant, Brenda Chromiak with Arrogance and in furtherance of operation to create illness and possible death on June 13, 2008, with a total willful, wreckless, disregard for African American population, discontinued (milk) one source of protein from general population 5 days out of week, and replaced with a high complex sugar juice or liquid killer that attributes to hypertension, directs cardiac problems.

12. Plaintiff alleges he is left with no medical help for a determination of dibeties.

The Plaintiff alleges defendants demonstrative omission evidence is Sole and proximate cause of damages.

BELIEF

1. Grant compensatory and Punitive damages.

2. Grant declaratory judgement against defendants

3. Grant injunctive relief to order daily Accu-checks

4

to assist in Prevention of Seizures, CArdiac arrest, etc.,
or until Hemoglobin-A-1-C-test to determine level of
hypoglycemia for medication.

Grant any other relief court deem feir.

THIs 10TH DAY of August    2008.

By: Sidney Marts

5