IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SIDNEY MARTS,**
    Plaintiff,

vs.                                      Case No. 3:08cv336/RV/MD

**RON MCNESBY, et al.,**
    Defendants.

---

### REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff has filed a motion to voluntary dismiss this civil rights action (doc. 5). Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's motion for voluntary dismissal (doc. 5) be GRANTED.

2. That this cause be DISMISSED WITHOUT PREJUDICE, and the clerk be directed to close the file.

At Pensacola, Florida, this 20th day of October, 2008.

/s/ *Miles Davis*
    MILES DAVIS
    UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).